FILED ___ ENTERED
LODGED ___ RECEIVED

JUL 25 2012

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. MJ 12-379 |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| MALLORY GHOLSON, | ) | |
| Defendant. | ) | |

Offense charged:   Felon in Possession of a Firearm

Date of Detention Hearing:   July 25, 2012.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the safety of other persons and the community, and the appearance of defendant as required.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.   Defendant has a lengthy criminal record. It includes convictions for felony burglary, and for felony possession of a controlled substance; convictions (not

DETENTION ORDER
PAGE -1

specified if felonies or misdemeanors) for another possession of controlled substance, assault in 4th degree; and misdemeanor convictions for battery, threatening crime with intent to terrorize, possession of ammunition by a felon, violation of a domestic violence order, and disorderly conduct, He also has at least four probation violations, and three failures to appear. Pending is a warrant from the U.S. District Court for the E.D. California.

2. In a prior incident, he ran from a municipal court in California when the court required him to submit to a breath test.

3. ATF agents contacted him about these charges at the motel where he lives, and asked him to turn himself in. He refused, and barricaded himself in the motel. When the SWAT team was summoned, he decided to surrender.

4. He admits he has used marijuana, cocaine, methamphetamine, heroin, all at various times in 2012. But he denies current use of any controlled substance.

5. He is unemployed. He claims his last employment was for "Labor Ready" in 2009, but was shot in the back that year and was unable to work after that.

6. He has no family ties, but proposes to live with his "best friend."

7. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody

pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 25 day of July, 2012.

John L. Weinberg
United States Magistrate Judge

DETENTION ORDER
PAGE -3